IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON BENNETT, etc., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0330-WS-M |
| | ) |
| BOYD GAMING CORPORATION, | ) |
| | ) |
|    Defendant. | ) |

### ORDER

The plaintiff has filed a supplemental motion for leave to file an amended complaint and motion to dismiss certain claims without prejudice. (Doc. 20). The motion is unopposed. (*Id*. at 1-2). Accordingly, and for the reasons set forth therein, the motion is **granted**. The plaintiff is **ordered** to file his amended complaint on or before **October 7, 2014**. All claims against Boyd Gaming Corporation are **dismissed without prejudice**. The plaintiff's original motion for leave to file an amended complaint, (Doc. 18), is **denied as moot**.

DONE and ORDERED this 30th day of September, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE