IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JASON BENNETT,
*on behalf of himself and all
others similarly situated,*

    Plaintiffs,

vs.    :    CIVIL ACTION 14-330-WS-M

BOYD BILOXI, LLC,

    Defendant.

ORDER

By telephone this date, counsel for the parties notified the undersigned that this action has settled in mediation.  As discussed, **not later than October 22, 2015,** Plaintiff's counsel is to file with the Court a motion for preliminary approval of the settlement.

DONE this 24th day of September, 2015.

                s/BERT W. MILLING, JR.
                UNITED STATES MAGISTRATE JUDGE