IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON BENNETT, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0330-WS-M |
| | ) |
| BOYD BILOXI, LLC, etc., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated therein, the plaintiff's motion for modification of briefing schedule, (Doc. 87), is **granted**. The plaintiff is **ordered** to file and serve, on or before **January 14, 2016**, the materials required by previous order. (Doc. 86). The defendant is **ordered** to file and serve, on or before **January 28, 2016**, its response to the plaintiff's supplemental filing.

DONE and ORDERED this 22nd day of December, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE