UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON BENNETT, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>BOYD BILOXI, LLC d/b/a IP Casino Resort Spa,<br><br>　　　Defendant. | Civil Action No. 14-00330-WS-M |

**JOINT SUPPLEMENTAL REQUEST AND UPDATE IN RESPONSE TO COURT'S JULY 26, 2016 ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT**

COME NOW the parties and hereby jointly submit this Supplemental Request and Update in response to the Court's July 26, 2016 order preliminarily approve class action settlement and granting other related relief:

### INTRODUCTION AND SUMMARY

This Memorandum and the affidavit of Kim Goetz hereto are submitted in response to the Court's Order of July 26, 2016 (Doc. 99). This Memorandum notifies the Court, and seeks its approval, of certain procedures proposed to be adopted by the parties in accordance with this Court's Order.

I.　**PROVIDING NOTICE TO SETTLEMENT CLASS**

　　A.　**Regular notice.**

The Claims Administrator will provide, no later than August 23, 2016, 68,285 individuals of the Settlement Class with the regular Class Notice. Of the 68,285 Settlement Class members, 77 are deceased. Affidavit of Kim Goetz, attached hereto as Exhibit A. The parties conferred and agreed that the regular Class Notice should be sent to the 77 who are deceased as the Claims Form permits a Class Member's agents, executors, administrators, guardians, and trustees to complete and sign the Claim Form on behalf of persons represented by them. The parties, out of an abundance of caution, seek this Court's approval of this procedure.

**B.    Special Notice**

As previously determined by this Court's Order, the parties will provide the individuals who have been notified they are no longer permitted on Boyd Biloxi's property due to conduct issues with a special Class Notice. As of August 10, 2016, Boyd Biloxi has determined there are now 35 individuals who have been so notified who will receive the special Class Notice. Affidavit of Kim Goetz. Previously, Boyd Biloxi had informed the Court the number was 25, but this number increased since that time due, in part, to recent additions to the list. Court approval is also requested to mail the special Class Notice to these 35 individuals.

WHEREFORE, the parties request to allow them to proceed as outlined herein and request such other or different relief to which they are entitled, premises considered.

Respectfully submitted,

/s/ Matthew C. McDonald
Matthew C. McDonald (MCD027)
Jones Walker LLP
11 North Water Street, Ste. 1200
Mobile, Alabama 36602
Telephone: 251-439-7576
Facsimile: 251-439-7385
mmcdonald@joneswalker.com

*/s/ Laura F. Ashley*
Laura F. Ashley (LA Bar #32820)
*Pro Hac Vice*
Jones Walker, LLP
201 St. Charles Ave., 49th Floor
New Orleans, Louisiana 70170
Telephone: 504-582-8118
Facsimile: 504-589-8118
l.ashley@joneswalker.com

*/s/ Earl P. Underwood, Jr. (w/consent)*
Earl P. Underwood, Jr.
Kenneth J. Riemer
Underwood & Riemer, PC
166 Government Street, Ste.
Mobile, Alabama 36602
epunderwood@alalaw.com
kjr@alaconsumerlaw.com

*/s/ John R. Cox (w/consent)*
John R. Cox, Esq.
9786-A Timber Circle
Spanish Fort, Alabama 36527
jrc@jrcoxlaw.com

## AFFIDAVIT OF KIM GOETZ

I, Kim Goetz, being duly sworn, depose and say as follows:

1. My name is Kim Goetz, and I am over the age of twenty-one (21) years and have personal knowledge of the matters set forth herein, each of which are true and correct to the best of my knowledge, information and belief.

2. I am currently employed by Boyd Biloxi, LLC ("Boyd Biloxi") as the Director of Marketing. In this capacity, I am aware of the procedures for obtaining and maintaining B Connected members' contact information, including mailing addresses.

3. I am also aware that the database of Settlement Class Members in the case styled Bennett v. Boyd Biloxi, LLC d/b/a IP Casino Resort and Spa, Case No. 14-00330-WSM (S.D. Ala.) is comprised from the database containing Boyd Biloxi's B Connected members names and contact information.

4. As of August 9, 2016, Boyd Biloxi has determined that 77 individuals in the database of 68,285 Settlement Class Members are deceased.

5. Also, as of August 9, 2016, Boyd Biloxi has determined that 35 of the putative Settlement Class members have been notified, since the placement of the calls in question, that they are no longer permitted at Boyd Biloxi, or other Boyd properties, due to a history relating to previous conduct while at Boyd Biloxi that is considered a disturbance, danger or threat to other patrons, personnel or the business operation.

Further Affiant sayeth not.

_____
Kim Goetz

{MB236917.2}

Exhibit A

STATE OF MISSISSIPPI
COUNTY OF HARRISON

      I, a Notary Public in and for the said County in said State, hereby certify that Kim Goetz whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of this instrument, such person executed the same voluntarily on the day the same bears date.

      Given under my hand this 9th day of August, 2016.

(SEAL)

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 70236, DEBRA HUTTON, Commission Expires June 18, 2019, HANCOCK COUNTY]

/s/ Debra Hutton
NOTARY PUBLIC
My Commission Expires:

{MB236917.2}

2