IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON BENNETT, etc., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0330-WS-M |
| | ) |
| BOYD BILOXI, LLC, etc., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

For the reasons stated therein, the parties' joint supplemental request and update, (Doc. 101), construed as a motion for the relief requested therein, is **granted**. The plan to provide class notice by August 23, 2016, to send notice to deceased class members, and to provide special notice to 35 individuals no longer permitted on the defendant's property, is **approved**.

DONE and ORDERED this 10th day of August, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE