# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JASON BENNETT, etc., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0330-WS-M |
| | ) |
| BOYD BILOXI, LLC, etc., | ) |
| | ) |
|     Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Court's order of November 8, 2016 granting final certification of the Settlement Class and final approval of the parties' class settlement, and finding no just reason for delay in entry of this final judgment, it is hereby:

**ORDERED, ADJUDGED and DECREED** that this action is hereby **dismissed with prejudice**.

DONE this 8th day of November, 2016.

                                                  s/ WILLIAM H. STEELE
                                                  CHIEF UNITED STATES DISTRICT JUDGE