IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON BENNETT, etc., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0330-WS-M |
| | ) |
| BOYD BILOXI, LLC, etc., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

    The Court has by previous order approved the settlement of this class action and entered judgment accordingly. (Docs. 117, 118). Remaining for consideration is the plaintiff's motion for an award of attorney's fees, expenses and class representative payment. (Doc. 111). All class members were given the opportunity to object. (Doc. 100 at 10). The time for filing objections has expired, no objections were filed, and the motion is ripe for resolution.

    The plaintiff requests attorney's fees of $2,000,000,000, expense reimbursement of $7,500, and a class representative payment of $3,500. Pursuant to the amended settlement agreement, the defendant has agreed not to object to this request. The amended settlement agreement provides that the attorney's fee award, cost reimbursement and class representative award are payable by the defendant and are separate from the class benefits previously approved.

    For the reasons stated in the plaintiff's exhaustive brief, (Doc. 111), and supporting materials, (Docs. 111-1 to -5), as updated by the claims administrator's fourth report, (Doc. 115), the Court concludes that the requested fee is reasonable and appropriate, that the requested expenses were reasonably incurred in connection with the prosecution of this action and are reasonable in amount, and that the requested class representative payment is reasonable and appropriate. The

plaintiff's motion for an award of attorney's fees, expenses and class representative payment is **granted**. The requested attorney's fees, expenses and class representative payment are **approved**.

DONE and ORDERED this 23rd day of November, 2016.

> s/ WILLIAM H. STEELE
> CHIEF UNITED STATES DISTRICT JUDGE